JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FUNDING SOLUTIONS, LLC, a Missouri limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ADVANTAGE SALES & MARKETING, LLC d.b.a. MARKETRATION, a California limited liability company; WAL-MART STORES, INC., a Delaware Corporation; DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. SACV10-01844-CJC(MLGx)<br><br>[Case Assigned to District Judge Cormac J. Carney]<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Complaint served: 12/10/10** |

The Court, having considered the Stipulation for Voluntary Dismissal of the Action With Prejudice entered into between Defendants Advantage Sales & Marketing LLC dba Marketration ("ASM") and Wal-Mart Stores, Inc. ("Wal-Mart") on the one hand, and Plaintiff American Funding Solutions, LLC ("Plaintiff") on the other hand, and for good cause appearing,

IT IS HEREBY ORDERED that,

1. The Stipulation is approved; and

/ / /

2. The Action is Dismissed **with** Prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii)

**IT IS SO ORDERED.**

Dated: May 16, 2011

HON. CORMAC J. CARNEY
JUDGE OF THE U.S. DISTRICT COURT